IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EARL SMITH, | : |
|       Petitioner, | : |
| V. | : |
| | : NO. 5:22-cv-00235-MTT-CHW |
| WARDEN JERMAINE WHITE, *et al.*, | : |
|       Respondents. | : |

## ORDER

Petitioner Earl Smith, who is currently confined in Telfair State Prison in Helena, Georgia, has filed a petition for a writ of mandamus. Mot. for Writ of Mandamus, ECF No. 1. Petitioner has not either paid the $402.00 filing fee applicable for this petition or moved for leave to proceed in this action *in forma pauperis*. A prisoner seeking to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence, and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2).

Therefore, if he wants to proceed with this case, Petitioner is now **ORDERED** to pay the $402.00 filing fee in full or to move for leave to proceed *in forma pauperis*. Petitioner shall have **FOURTEEN (14) DAYS** from the date of this order to either pay the filing fee or submit a proper and complete motion for leave to proceed *in forma pauperis*. Petitioner's failure to fully and timely comply with this order may result in the dismissal

of this case.

The **CLERK** is **DIRECTED** to forward Petitioner a blank motion for leave to proceed *in forma pauperis*, along with the appropriate account certification form and Petitioner's service copy of this order. There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 15th day of July, 2022.

                                                    s/ Charles H. Weigle
                                                  Charles H. Weigle
                                                  United States Magistrate Judge